IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THIRD POINT, LLC, )<br>)<br>)<br>       Plaintiff, )<br>   v. )     Civil Action No. _____<br>)<br>TRIPOINT ASSET )<br>MANAGEMENT, LP and )<br>TRIPOINT HOLDINGS LLC, )<br>)<br>)<br>       Defendants. ) | |

## COMPLAINT

Plaintiff, Third Point, LLC ("Third Point"), by way of Complaint against Defendants, TriPoint Asset Management, LP ("TriPoint AM") and TriPoint Holdings, LLC ("TriPoint Holdings") (collectively "TriPoint"), respectfully avers the following:

## NATURE OF ACTION

1. This is a Complaint for false designation of origin and unfair competition under the Trademark Act of 1946, 15 U.S.C. § 1051, et seq., as amended (hereinafter the "Lanham Act"), and for unfair competition under the laws of the State of Delaware.

## PARTIES

2. Plaintiff Third Point is a limited liability company organized and existing under the laws of the State of Delaware with its principal place of business in New York, New York.

3. Third Point is in the business of providing alternative investment services, specifically hedge fund services, and has been in operation since 1995.

4. Upon information and belief, TriPoint AM is a limited partnership organized under the laws of the State of Delaware with its principal place of business in Boston, Massachusetts.

5. Upon information and belief, TriPoint AM is in the business of providing alternative investment services.

6. Upon information and belief, TriPoint Holdings is a limited liability company organized and existing under the laws of the State of Delaware and is a General Partner in TriPoint AM.

## JURISDICTION AND VENUE

7. The authorized agent for service in Delaware for Tripoint AM and Tripoint Holdings is Agents and Corporations, Inc, located at 1201 Orange Street, Suit 600, Wilmington, Delaware, 19801.

8. This Court has original jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a), and the principles of supplemental jurisdiction.

9. Venue in this District is proper pursuant to 28 U.S.C. §§ 1391(b) and (c).

## BACKGROUND

10. Third Point has used the trademark name THIRD POINT to identify itself and its services in the United States and throughout the world since 1995.

11. Third Point is the owner of the entire right, title and interest in and to the following applications to the Principal Register of the United States Patent and Trademark Office ("PTO") and the common law marks represented thereby:

   a. THIRD POINT, Serial No. 77/097,747, filed February 2, 2007 in International Class 36 for use on and in connection with "financial management and investment services; asset management services; hedge fund services" based on first use and first use in commerce at least

2

as early as 1995.

        b.        THIRD POINT & Design, Serial No. 77/097,779, filed February 2, 2007 in International Class 36 for use on and in connection with financial management and investment services; asset management services; hedge fund services" based on first use and first use in commerce at least as early as 1995.

        12.        Today, Third Point manages four funds: Third Point Partners L.P., Third Point Offshore Fund, Ltd., Third Point Partners Qualified L.P., and Third Point Ultra Ltd.

        13.        Third Point has established a reputation in the investment community, and the investment community associates the Third Point name with the quality investment services that Third Point offers.

        14.        The THIRD POINT mark has acquired substantial goodwill in the investment community.

        15.        The THIRD POINT mark has acquired secondary meaning.

        16.        The THIRD POINT mark and the goodwill of the business associated therewith in the United States and throughout the world are of great and incalculable value. The THIRD POINT mark is distinctive and arbitrary, and has become associated by the relevant public with investment services of the highest quality and reputation.

        17.        In 2006, TriPoint AM applied to register TRIPOINT ASSET MANAGEMENT, Serial No. 78/797,279; TRIPOINT ASSET MANAGEMENT & Design, Serial No. 78/903,634; TRIPOINT PARTNERS, Serial No. 78/797,316; and TRIPOINT & Design, Serial No. 78/905,609, as service marks, on the Principal Register of the United States Patent and Trademark Office based upon its intent to use such marks in commerce.

        18.        Upon information and belief, TriPoint began offering its services to investors in

2006 in the United States through a single fund.

19.     Upon information and belief, TriPoint has begun using the mark TRIPOINT ASSET MANAGEMENT in commerce.

20.     By letter dated October 25, 2006, Third Point demanded that TriPoint AM cease and desist the use of the phrase "TriPoint" and the infringement of the THIRD POINT mark or any name or mark confusingly similar thereto.

21.     TriPoint AM has refused to cease engaging in such conduct.

22.     TriPoint's ongoing use of TRIPOINT thus willfully infringes Third Point's trade name and trademark rights and is likely to confuse the investment community into believing they are dealing with Third Point.

## FIRST COUNT - FEDERAL UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN

23.     Third Point repeats, reiterates and reavers the averments set forth in paragraphs 1-22 of this Complaint as if fully set forth herein.

24.     Given the confusing similarity between the overall impression of TriPoint's use of TRIPOINT with Third Point's use of THIRD POINT, TriPoint's use of the TRIPOINT mark constitutes an intentional and willful false designation of origin and false description and representation to the consuming public, members of whom are likely to believe TriPoint's services are offered by or otherwise associated with Third Point, all to TriPoint's profit and Third Point's damage and injury.

25.     TriPoint's aforesaid acts violate Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a), and have caused and will continue to cause Third Point irreparable injury unless enjoined by this Court.

4

26. Third Point has no adequate remedy at law.

## SECOND COUNT - DELAWARE UNFAIR COMPETITION

27. Third Point repeats, reiterates and reavers the averments set forth in paragraphs 1 - 26 of this Complaint as if fully set forth herein.

28. Third Point has built up valuable goodwill in the THIRD POINT mark.

29. On information and belief, with knowledge of the THIRD POINT mark, TriPoint's use of the TRIPOINT mark has misled and will continue to mislead the public into assuming a connection between Third Point's and TriPoint's services in the alternative investment field.

30. TriPoint's acts constitute unfair competition with Third Point in violation of Delaware law. These acts have caused and will continue to cause Third Point irreparable harm unless enjoined by this Court.

31. Third Point has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE Third Point requests entry of judgment in its favor and against TriPoint and respectfully prays that this Court:

a. Adjudge that TriPoint's use of the TRIPOINT mark is a false designation of origin in violation of the Lanham Act and unfair competition with Third Point;

b. Permanently enjoin TriPoint, their officers, agents, servants, employees, attorneys, and other persons in active concert or participation with them from: (i) doing business under the TRIPOINT name or mark; (ii) making any use of the TRIPOINT mark to misrepresent that TriPoint's services are associated with or emanate from Third Point; (iii) using the TRIPOINT mark and any other name or mark confusingly similar to THIRD POINT; and (iv) filing or continuing to

    prosecute any applications to register marks containing TRIPOINT for use in financial services, including continuing to maintain its applications Serial No. 78/797,279; Serial No. 78/797,316; Serial No. 78/905,609; and Serial No. 78/903,634 in the United States Patent and Trademark Office;

c.    Order TriPoint to surrender for destruction all inventory in the TriPoint's possession or control of advertising, promotional or other materials bearing any name or mark containing the word "TriPoint" or any name or mark confusingly similar to THIRD POINT;

d.    Grant Third Point an equitable accounting of TriPoint's profits and award Third Point judgment for its damages or such profits, whichever are greater, arising from TriPoint's false designation of origin and unfair competition, such damages to be trebled pursuant to 15 U.S.C. § 1117;

e.    Award Third Point exemplary or punitive damages on Third Point's state law unfair competition claim due to TriPoint's intentional acts in reckless disregard of Third Point's rights and TriPoint's false representations to, and deception of, the public to foster the belief that TriPoint's services are those of Third Point or are associated with Third Point; and

    f.    Grant Third Point such other and further relief as the Court deems to be reasonable, necessary and just.

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw
John W. Shaw (No. 3362)
Chad S.C. Stover (No. 4919)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672
jshaw@ycst.com
cstover@ycst.com

-and-

Kelsey I. Nix
William M. Ried
Diane C. Ragosa
Fara S. Sunderji
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

Dated: April 4, 2007    *Attorneys for Plaintiff Third Point, LLC*

7

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
THIRD POINT, LLC

## DEFENDANTS
TRIPOINT ASSET MANAGEMENT, LP, and
TRIPOINT HOLDINGS LLC

(b) County Of Residence Of First Listed Plaintiff:
(Except In U.S. Plaintiff Cases)

County Of Residence Of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) Attorneys (Firm Name, Address, And Telephone Number)
John W. Shaw (#3362)
Chad S.C. Stover, Esquire (#4919)
Young Conaway Stargatt & Taylor, LLP
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600

Attorneys (If Known)

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)
☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place An X In One Box For Plaintiff And One Box For Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in This State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## V. NATURE OF SUIT (Place An X In One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury - Med Malpractice<br>☐ 365 Personal Injury - Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL ROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 U.S.C. 881<br>☐ 630 Liquor Laws<br>☐ 640 R R & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 U.S.C. 158<br>☐ 423 Withdrawal 28 U.S.C. 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☒ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates, etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/Exchange<br>☐ 875 Customer Challenge 12 U.S.C. 3410 |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>Habeas Corpus<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl Ret Inc Security Act | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS - Third Party 26 U.S.C. 7609 | ☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding ☐ 2 Removed from Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTSE UNLESS DIVERSITY.):
15 U.S.C. § 1051, et seq.
Brief description of cause:
Cause of action for false designation of origin and unfair competition

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    ☐ YES ☐ NO    DEMAND $    Check YES only if demanded in complaint    JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions)
JUDGE:    DOCKET NUMBERS:

DATE: APRIL 4, 2007

SIGNATURE OF ATTORNEY OF RECORD: [signature]

## FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

DB02:5884606.1    900002.0003

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

0 7 - 1 9 2

Civil Action No. _____

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___3___ COPIES OF AO FORM 85.

_____       _____
(Date forms issued)              (Signature of Party or their Representative)

_Matthew D. Gordon_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action