IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THIRD POINT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. _____ |
| | ) | |
| TRIPOINT ASSET MANAGEMENT, LP and TRIPOINT HOLDINGS LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### THIRD POINT, LLC'S RULE 7.1 DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Third Point, LLC hereby certify that plaintiff does not have any direct or indirect parent corporations and that no publicly held corporations directly or indirectly own 10% or more of plaintiff's stock.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ John W. Shaw_
John W. Shaw (No. 3362)
Chad S.C. Stover (No. 4919)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6672
jshaw@ycst.com
cstover@ycst.com

        -and-

        Kelsey I. Nix
        William M. Ried
        Diane C. Ragosa
        Fara S. Sunderji
        WILLKIE FARR & GALLAGHER LLP
        787 Seventh Avenue
        New York, NY 10019-6099
        Telephone: (212) 728-8000
        Facsimile: (212) 728-8111

        *Attorneys for Plaintiff Third Point, LLC*

Dated: April 4, 2007