AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF **DELAWARE**

THIRD POINT, LLC

    Plaintiff(s),

v.

TRIPOINT ASSET MANAGEMENT, LP and
TRIPOINT HOLDINGS LLC,

    Defendant(s).

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-  07-192

TO: (Name and address of defendant)

TRIPOINT HOLDINGS LLC
c/o Agents and Corporations, Inc.
1201 Orange Street, Suite 600
One Commerce Center
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John W. Shaw, Esquire (#3362)
Chad S.C. Stover, Esquire (#4919)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

an answer to the complaint which is herewith served upon you, within <u>20</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO      APR 0 1 2007

CLERK      DATE

*[signature]*

(BY) DEPUTY CLERK

DB02:5884605.1      900002.0003

AO 440 (Rev 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 4/19/07 |
| NAME OF SERVER (PRINT) Dustin Frohlich | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally served Tripoint Holdings LLC, by serving its Registered Agent, Agents + Corporations, Inc. at 1201 Orange St, Suite 600, Wilm DE 19801 at 4:40 PM

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/19/07
Date

Signature of Server: Dustin Frohlich

Address of Server: 230 N Market St, Wilm DE 19801

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.