IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THIRD POINT, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRIPOINT ASSET MANAGEMENT, LP and )<br>TRIPOINT HOLDINGS LLC, )<br>)<br>Defendants. ) | C. A. No. 07-192-*** |

## STIPULATION AND PROPOSED ORDER

Plaintiff Third Point, LLC and Defendants TriPoint Asset Management, LP and TriPoint Holdings LLC hereby stipulate and agree, subject to the approval of the Court, that the time for TriPoint Asset Management, LP and TriPoint Holdings LLC to move, answer, counterclaim or otherwise respond to the Complaint of Third Point, LLC is extended up to and including June 8, 2007. Defendants reserve all rights and defenses, including, but not limited, to defenses and objections as to venue and personal jurisdiction. Nothing herein shall be construed as a waiver of any such defenses and objections or as a consent to jurisdiction.

Respectfully submitted,

Dated: May 9, 2007

By: _____
John W. Shaw (No. 3362)
Chad S.C. Stover (No. 4919)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6672
jshaw@ycst.com
cstover@ycst.com

and

Kelsey I. Nix
William M. Ried
Diane C. Ragosa
Fara S. Sunderji
WILLKIE, FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000

*Attorneys for Plaintiff*

By: /s/ E. Norman Veasey
E. Norman Veasey
WEIL, GOTSHAL & MANGES LLP
1201 N. Market Street, Suite 1402
Wilmington, Delaware 19801
(212) 310-8000
e.normanveasey@weil.com

and

Michael A. Epstein
Randi W. Singer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Attorneys for Defendants*

SO ORDERED this ____ day of _____, 2007,

_____
United States District Judge