IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THIRD POINT, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRIPOINT ASSET MANAGEMENT, LP and )<br>TRIPOINT HOLDINGS LLC, )<br>)<br>Defendants. ) | C. A. No. 07-192-*** |

## THIRD STIPULATION AND PROPOSED ORDER

Plaintiff Third Point, LLC and Defendants TriPoint Asset Management, LP and TriPoint Holdings LLC hereby stipulate and agree, subject to the approval of the Court, that the time for TriPoint Asset Management, LP and TriPoint Holdings LLC to move, answer, counterclaim or otherwise respond to the Complaint of Third Point, LLC is extended up to and including July 23, 2007. Defendants reserve all rights and defenses, including, but not limited, to defenses and objections as to venue and personal jurisdiction. Nothing herein shall be construed as a waiver of any such defenses and objections or as a consent to jurisdiction.

Respectfully submitted,

Dated: July 9, 2007

By: /s/ [signature]                    By: /s/ E. Norman Veasey

John W. Shaw (No. 3362)                E. Norman Veasey
Chad S.C. Stover (No. 4919)            WEIL, GOTSHAL & MANGES LLP
YOUNG CONAWAY STARGATT                 1201 N. Market Street, Suite 1402
& TAYLOR, LLP                          Wilmington, Delaware 19801
The Brandywine Building                (212) 310-8000
1000 West Street, 17th Floor           e.normanveasey@weil.com
P.O. Box 391
Wilmington, Delaware 19899-0391        and
(302) 571-6672
jshaw@ycst.com                         Michael A. Epstein
cstover@ycst.com                       Randi W. Singer
                                       WEIL, GOTSHAL & MANGES LLP
and                                    767 Fifth Avenue
                                       New York, New York 10153
Kelsey I. Nix                          (212) 310-8000
William M. Ried
Diane C. Ragosa                        *Attorneys for Defendants*
Fara S. Sunderji
WILLKIE, FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000

*Attorneys for Plaintiff*


SO ORDERED this ____ day of _____, 2007,



                                       _____
                                       United States District Judge