IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THIRD POINT, LLC, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) <br> ) |
| v. | ) C. A. No. 07-192-*** <br> ) |
| TRIPOINT ASSET MANAGEMENT, LP and <br> TRIPOINT HOLDINGS LLC, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## **JOINT STIPULATION**

WHEREAS, the parties have reached a settlement agreement;

WHEREAS, the agreement requires the defendants to take certain actions over the next sixty to ninety (60-90) days;

WHEREAS, while the defendants are taking those actions, the parties jointly seek to stay these proceedings; and

WHEREAS, within five (5) business days of the completion of those actions, the agreement requires the plaintiff to file a stipulation of dismissal;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, as follows:

1. This action shall be and hereby is stayed in its entirety.

2. The stay provided herein shall expire without any further action by the parties or the Court on the ninetieth (90th) day after entrance of this stay by the Court.

3. At any time prior to the expiration of the stay, the plaintiff may file a notice of dismissal, or, in the alternative, the defendant may file an answer to the complaint.

4. At any time prior to the expiration of the stay, either party may request in writing that the Court lift the stay for good cause shown.

Respectfully submitted,

By: /s/ John W. Shaw
John W. Shaw (No. 3362)
Chad S.C. Stover (No. 4919)
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6672
jshaw@ycst.com
cstover@ycst.com

and

Kelsey I. Nix
William M. Ried
Diane C. Ragosa
Fara S. Sunderji
WILLKIE, FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000

*Attorneys for Plaintiff*

By: /s/ E. Norman Veasey
E. Norman Veasey (No. 702)
WEIL, GOTSHAL & MANGES LLP
1201 N. Market Street, Suite 1402
Wilmington, Delaware 19801
(212) 310-8000
e.normanveasey@weil.com

and

Michael A. Epstein
Randi W. Singer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Attorneys for Defendants*

SO ORDERED this ____ day of _____, 2007,

_____
United States District Judge

2