IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THIRD POINT LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 07-192 |
| | ) | |
| TRIPOINT ASSET MANAGEMENT, LP and TRIPOINT HOLDINGS LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATED ORDER OF DISMISSAL**

Having settled their dispute as to all issues in this action in the form of a Settlement Agreement effective as of July 23, 2007, and based upon the obligations and considerations thereof, Third Point LLC, TriPoint Asset Management, LP and TriPoint Holdings, LLC (collectively, the "parties"), by and through their respective counsel, hereby submit this stipulated order of dismissal pursuant to Fed. R. Civ. P. 41(a)(1), as follows:

    1. All pending claims are dismissed with prejudice;

    2. Each party shall bear its own costs and attorneys' fees; and

    3. This Court shall retain jurisdiction over the enforcement and interpretation of the Settlement Agreement entered into by the parties for purposes of dismissing this action.

SO STIPULATED:

Dated: September 26, 2007

_/s/ (signature)_____  /s/ E. Norman Veasey

John W. Shaw (No. 3362)  E. Norman Veasey (No. 702)
Chad S.C. Stover (No. 4919)  WEIL, GOTSHAL & MANGES LLP
The Brandywine Building  1201 N. Market Street, Suite 1402
1000 West Street, 17th Floor  Wilmington, Delaware 19801
P.O. Box 391  (212) 310-8000
Wilmington, Delaware 19899-0391  e.normanveasey@weil.com
(302) 571-6672
jshaw@ycst.com  and
cstover@ycst.com
  Michael A. Epstein
and  Randi W. Singer
  WEIL, GOTSHAL & MANGES LLP
Kelsey I. Nix  767 Fifth Avenue
William M. Ried  New York, New York 10153
Diane C. Ragosa  (212) 310-8000
Fara S. Sunderji
WILLKIE, FARR & GALLAGHER LLP
787 Seventh Avenue  *Attorneys for Defendants TriPoint Asset*
New York, New York 10019-6099  *Management, LP and TriPoint Holdings,*
(212) 728-8000  *LLC*

*Attorneys for Plaintiff Third Point LLC*


SO ORDERED this ____ day of _____, 2007,


_____
United States District Judge