

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THIRD POINT LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 07-192 |
| | ) | |
| TRIPOINT ASSET MANAGEMENT, LP and TRIPOINT HOLDINGS LLC, | ) ) ) ) | |
| Defendants. | ) | |

**STIPULATED ORDER OF DISMISSAL**

Having settled their dispute as to all issues in this action in the form of a Settlement Agreement effective as of July 23, 2007, and based upon the obligations and considerations thereof, Third Point LLC, TriPoint Asset Management, LP and TriPoint Holdings, LLC (collectively, the "parties"), by and through their respective counsel, hereby submit this stipulated order of dismissal pursuant to Fed. R. Civ. P. 41(a)(1), as follows:

1. All pending claims are dismissed with prejudice;

2. Each party shall bear its own costs and attorneys' fees; and

3. This Court shall retain jurisdiction over the enforcement and interpretation of the Settlement Agreement entered into by the parties for purposes of dismissing this action.



SO STIPULATED:

Dated: September 26, 2007

_/s/ Chad S.C. Stover_

John W. Shaw (No. 3362)
Chad S.C. Stover (No. 4919)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6672
jshaw@ycst.com
cstover@ycst.com

and

Kelsey I. Nix
William M. Ried
Diane C. Ragosa
Fara S. Sunderji
WILLKIE, FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000

*Attorneys for Plaintiff Third Point LLC*

/s/ E. Norman Veasey

E. Norman Veasey (No. 702)
WEIL, GOTSHAL & MANGES LLP
1201 N. Market Street, Suite 1402
Wilmington, Delaware 19801
(212) 310-8000
e.normanveasey@weil.com

and

Michael A. Epstein
Randi W. Singer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Attorneys for Defendants TriPoint Asset Management, LP and TriPoint Holdings, LLC*

SO ORDERED this __1__ day of __OCTOBER__ 2007,

_____
United States District Judge